NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re OTIS D. MITCHELL,**
*Petitioner*

---

2026-106

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in No. 2:24-cv-05687-JS, Judge Juan R. Sanchez.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

The United States District Court for the Eastern District of Pennsylvania dismissed Otis D. Mitchell's civil rights complaint against state and local officials. He subsequently filed a document at this court that appears to seek appellate relief in that civil rights case.

In general, this court only has jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States

not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Mr. Mitchell's case does not fall within any of those categories, such that we lack jurisdiction.[1] We further conclude that transfer to the United States Court of Appeals for the Third Circuit is appropriate under the circumstances of this case. *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 30, 2025
Date

---

[1]   Mr. Mitchell's request for mandamus review does not change our conclusion, as The All Writs Act, 28 U.S.C. § 1651, only permits this court to "issue all writs necessary or appropriate in aid of [this court's] respective jurisdiction[]," which does not include his district court case.